# United States District Court

WESTERN DISTRICT OF WASHINGTON

JAINNINE SOWERS,

    PLAINTIFF

       v.

COUNTRY PREFERRED INSURANCE COMPANY,

    DEFENDANT

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5692BHS

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X_____ **Decision by Court**. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's motion to remand (Dkt. 4) is **GRANTED**.

Plaintiff's motion for attorney fees and costs (Dkt. 4) is **DENIED**.

January 15, 2010

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois

Deputy Clerk